IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                              15-cv-705-jdp

MICHAEL DITTMANN, LUCAS WEBER,
and LINDSAY WALKER,

    Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

/s/                                              12/8/2016

Peter Oppeneer, Clerk of Court                  Date